ALBANY,
Oct. 1828.

GLEASON and another *vs.* R. CLARK, administrator, &c.

Hartness
v.
Purcell.

MOTION to amend judgment roll. R. Clark, as adminis- *An executor or* trator, &c. of A. Clark, deceased, obtained a judgment in *administrator is* the Warren common pleas against Gleason and another, for *in error, only* a demand due the intestate. The defendants in that suit *he would be* brought a writ of error, and the judgment was reversed in *subjected to* this court. The plaintiffs in error, in making up their record, *court below.* took a judgment for costs against the defendant in error *personally,* and now applied to the court for leave to amend the record, by entering a judgment for costs to be levied of the goods of the intestate, if the defendant in error hath so much thereof in his hands to be administered, and if not, *de bonis propriis,* &c.

*J. B. Lathrop,* for plaintiffs.

*R. Weston,* for defendant.

*By the Court,* SUTHERLAND, J. An executor or admin-istrator is liable for costs in error, only in cases where he would be subjected to costs in the court below. (1 *H. Black.* 566.) Here the defendant in error succeeded in the common pleas; but had he failed, he would not have been liable to costs there, nor is he liable *personally* to the costs of a writ of error. The plaintiffs are permitted to amend the record so as to take judgment against the goods of the intestate, on payment of the costs of this motion.